UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

$10,664.24 IN UNITED STATES
CURRENCY;
$5,862.50 IN UNITED STATES
CURRENCY; AND
$315.79 IN UNITED STATES
CURRENCY, *in rem*,

      Defendants.

Case No. 3:20-cv-01522-BR

WARRANT FOR ARREST AND
SEIZURE OF PROPERTY

TO:   THE UNITED STATES MARSHALS SERVICE OR OTHER AUTHORIZED
       OFFICERS

Based upon the Complaint filed herein praying that process issue for the arrest of

Defendants, *in rem*, further described as:

    a.    $10,664.24 seized from U.S. Bank account ending in 9761 in the name of Omar
         Morales;

    b.    $5,862.50 seized from Umpqua Bank account ending in 6642 in the name of Omar
         Morales; and

    c.    $315.79 seized from Oregon State Credit Union account ending in 0369 in the name
         of Omar Morales,

collectively referred to as "Subject Bank Accounts", and the Court being satisfied that based upon the verified Complaint filed that there is probable cause to believe that Defendants, *in rem,* Subject Bank Account, constitute, or are derived from, proceeds traceable to violations of 18 U.S.C. § 1343 and is property involved in a violation of 18 U.S.C. § 1956 or traceable to such property, and are forfeitable to the United States pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) and subject to seizure pursuant to 18 U.S.C. § 981(b).

You are hereby commanded to arrest and take into your possession until further order of the Court, Defendants, *in rem*, $10,664.24 seized from U.S. Bank account ending in 9761 in the name of Omar Morales, $5,862.50 seized from Umpqua Bank account ending in 6642 in the name of Omar Morales and $315.79 seized from Oregon State Credit Union account ending in 0369 in the name of Omar Morales.

IT IS FURTHER ORDERED that all persons claiming an interest in or right against the Defendants, *in rem*, may contest the forfeiture by filing a claim in the manner set forth in Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines to be frivolous.  The claim must be filed not later than the time stated in a direct notice sent pursuant to Rule G(4)(b), or thirty days after the final publication of notice if no direct notice was sent to claimant or claimant's attorney. In addition, any person having filed such a claim shall also serve and file an Answer to the Complaint under Rule G(5)(b) within twenty-one days after the filing of the claim. The claim must be filed with the Clerk of the U.S. District Court for the District of Oregon, 1000 SW 3rd Avenue, Room 740, Portland, Oregon  97204. A copy of the Claim and Answer must be served upon Julia

**Warrant for Arrest and Seizure of Property**                                                          **Page 2**

E. Jarrett, Assistant United States Attorney, 1000 SW 3rd Ave., Suite 600, Portland, Oregon 97204.

Default and forfeiture may be ordered if these procedures are not followed.

18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions.

**Dated:** September 3, 2020

ANNA J. BROWN
United States Senior District Judge

**Warrant for Arrest and Seizure of Property**                                    **Page 3**